IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. __23-CV-1440__

**IN RE: JEREMY ALFORD**,

    Petitioner,

_____/

### VERIFIED PETITION TO PERPETUATE TESTIMONY

Petitioner, JEREMY ALFORD, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 27(a), hereby files this verified petition to perpetuate his own testimony as a putative plaintiff in a not-yet-filed personal injury lawsuit that will likely have claims arising under Florida and federal (e.g., deliberate indifference to serious medical needs) law.

### Facts

1. Until recently, Jeremy Alford had been a detainee and inmate within correctional facilities throughout Florida, including the Pasco County Jail, 20101 Central Boulevard, Land O'Lakes, Florida 34637; and the Reception and Medical Center, 7765 S. CR 231, Lake Butler, Florida 32054. His DC number was/is R93804.

2. On June 26, 2023, Mr. Alford was released from in-facility custody and placed on a form of community control based on an order granting him compassionate medical release. See Exhibit 1 (Certificate of CMR).

3. Mr. Alford now resides permanently at 17106 Powerline Road, Dade City, Florida 33523.

4. Mr. Alford has been diagnosed with Stage IV Hodgkin's Lymphoma.

5. Mr. Alford's diagnosis and prognosis is, unfortunately, terminal.

6. Mr. Alford is a putative- and expected plaintiff in an action cognizable in this Court against various entities related to his care (or lack thereof) while he was in correctional custody. Those claims are likely to include medical negligence, arising under Florida and common law, and/or deliberate indifference to his serious medical needs, arising under the Federal constitution.

7. Because of certain pre-suit investigatory requirements under Florida law, e.g., Fla. Stat. §§ 766.106 (presuit investigation requirement for medical negligence), 768.128 (presuit notice of claims covered by Florida's limited waiver of sovereign immunity), Mr. Alford cannot presently bring his claims by filing a formal lawsuit at this time.

8. There is a substantial risk that Mr. Alford might lose his battle with cancer and die before litigation to prosecute his claims is formally commenced, or even if commenced before discovery begins in earnest.

9. Mr. Alford is the best historian as to his life experiences and to substantiate issues of liability and damages for the claims that he intends to bring.

10. At this time, the following are persons or entities expected to be adverse parties in future litigation to prosecute Mr. Alford's claims:

   a. Chris Nocco, in his official capacity as Sheriff of Pasco County, Florida, 8700 Citizens Drive, New Port Richey, Florida 34654;

   b. Pasco County Board of County Commissioners, 8731 Citizens Drive, New Port Richey, Florida 34654;

   c. Ricky D. Dixon, in his official capacity as Secretary of the Florida Department of Corrections, 501 South Calhoun Street, Tallahassee, Florida 32399;

   d. Travis Lamb, individually and in his official capacity as Warden of Reception and Medical Center, 7765 S. CR 231, Lake Butler, Florida 32054;

   e. HCA Florida Brandon Hospital, 119 Oakfield Drive, Brandon, Florida 33511;

   f. Wellpath, 3340 Perimeter Hill Drive, Nashville, Tennessee 37211;

   g. John/Jane Doe correctional officers in the Pasco County Jail;

   h. John/Jane Doe medical providers in the Pasco County Jail;

   i. John/Jane Doe correctional officers in Reception and Medical Center;

   j. John/Jane Doe medical providers in Reception and Medical Center;

   k. John/Jane Doe medical providers in HCA Florida Brandon Hospital;

    l. John/Jane Doe administrators of Wellpath;

    m. John/Jane Doe medical providers working for Wellpath;

    n. Private for-profit corporation(s), and agents or employees thereof, who contracted with state or local governments in Florida to provide and/or pay for medical care of detainees and/or inmates within the Pasco County Jail; and,

    o. Private for-profit corporation(s), and agents or employees thereof, who contracted with state or local governments in Florida to provide and/or pay for medical care of detainees and/or inmates within the prisons in Reception and Medical Center.

11. Mr. Alford is the only deponent whose testimony is sought to be perpetuated at this time. He is expected to testify as to his life (before/during/after incarceration), medical care, and issues of liability and damages.

## Relief Sought

Mr. Alford is seeking permission to perpetuate his deposition testimony through remote technology (i.e. Zoom) on or about 9am EST on Monday, August 7, 2023. A copy of a notice of taking Mr. Alford's deposition is appended as Exhibit 2 to this petition.

## Argument & Memomrandum of Law

Mr. Alford is a terminally ill putative plaintiff with cognizable claims that he intends to file in this Court. It is imperative that he be given the opportunity to preserve his own testimony so that future litigation surrounding his claims are not adversely affected by his death, which would most obviously affect his ability to substantiate his claims, but also potentially prejudice any defendant who was not given an opportunity to depose Mr. Alford.

Federal Rule of Civil Procedure 27 expressly contemplates the relief sought. Mr. Alford has provided the information required under subsection (a)(1) of Rule 27 and will serve a copy of this petition and a notice of taking his deposition, which is Exhibit 2 to this petition, on all expected adverse parties giving them no less than 21 days advanced notice.

Respectfully Submitted By:

Fischer Redavid PLLC
4601 Sheridan Street
Suite 320
Hollywood, FL 33021
Phone: (954) 860-8434
Fax: (954) 860-8584
Service@YourChampions.com

/s/ Jordan Redavid, Esq.
**JORDAN REDAVID, ESQ.**
Florida Bar No. 109227
Jordan@YourChampions.com
Crystal@YourChampions.com
*Lead Counsel for Petitioner*

## Verification

I, the undersigned person, an adult of sound mind, do hereby swear, affirm, and verify that the contents of this petition are true and accurate.

_____          Date: ___06/27/2023___

**JEREMY ALFORD**
*Petitioner*

## **CERTIFICATE OF SERVICE**

Undersigned hereby certifies that a copy of this document was filed through Pacer CM/ECF on June 28, 2023, and electronically served and/or served by USPS Certified Mail on the following:

**Chris Nocco, in his official capacity as Sheriff of Pasco County, Florida**
8700 Citizens Drive, New Port Richey, FL 34654
ATTN: Lindsay Moore, Esq., General Counsel for Sheriff of Pasco County
LMoore@PascoSheriff.org
*Served via electronic mail and USPS Certified Mail*

**Pasco County Board of County Commissioners**
37918 Meridian Avenue, Dade City, FL 33525
ATTN: Commissioner Ron Oakley (roakley@mypasco.net)
  Commissioner Seth Weightman (sweightman@mypasco.net)
  Commissioner Kathryn Starkey (kstarkey@mypasco.net)
  Commissioner Gary Bradford (gbradford@mypasco.net)
  Commissioner Jack Mariano (jmariano@mypasco.net).
*Served via electronic mail and USPS Certified Mail*

**Ricky D. Dixon, in his official capacity as Secretary of the Florida Department of Corrections**
501 South Calhoun Street, Tallahassee, FL 32399
ATTN: Pamela Greene, Esq., Office of the General Counsel for FDOC
Pamela.Greene@FDC.MyFlorida.com
*Served via electronic mail and USPS Certified Mail*

**Travis Lamb, individually and in his official capacity as Warden of Reception and Medical Center**
PO Box 628, Lake Butler, Florida 32054
Travis.Lamb@fdc.myflorida.com
*Served via electronic mail and USPS Certified Mail*

**HCA Florida Brandon Hospital**
119 Oakfield Drive, Brandon, FL 33511
*Served via USPS Certified Mail*

**Wellpath**
3340 Perimeter Hill Drive, Nashville, TN 37211
ATTN: Marc Goldstone, Esq., Chief Legal Officer
*Sent via USPS Certified Mail*

<u>/s/ Jordan Redavid, Esq.</u>
**JORDAN REDAVID, ESQ.**
Florida Bar No. 109227
